IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
Kamie V. Harris

Case No. 19-10001

              Debtor(s)

_____

J. Michael Morris, Trustee          Adv. No. 20-5071

              Plaintiff(s)

    -vs-

Kamie V. Harris

              Defendant(s)

_____

## JUDGMENT

On June 18, 2020, the Honorable Robert E. Nugent, United States Bankruptcy Judge for the District of Kansas, filed Order Granting Default Judgment which was entered on the docket on June 18, 2020.

IT IS THEREFORE ORDERED BY THE COURT that the debtor's discharge is hereby denied or revoked pursuant to 11 U.S.C. §727(d)(3) in that the debtor committed an act specified in subsection (a)(6), namely (a)(6)(A): refused to obey a lawful order of the Court. Judgment is granted against Kamie V. Harris in the amount of $946.39 plus sanctions of $500.00. Finally, Plaintiff is awarded costs of $350.00 against Kamie V. Harris.

DATED: June 18, 2020                     DAVID D. ZIMMERMAN, CLERK
                                                  UNITED STATES BANKRUPTCY COURT

                                                  s/Misse Swiggart
                                                  **Deputy Clerk**